AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1117 Wahler Place, S.E., Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 07-226-M-01

TO: __Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that
(name, description and or location)

The premises located at 1117 Wahler Place, SE, Washington, D.C., are described as a single family, three story town house, with light grey vinyl siding with white trim and burgundy shutters. The structure has concrete steps with black metal rails leading to the entrance of the townhouse. The structure has a covered porch supported by two white columns. The number "1117" is located on the front of the building in black letters, and is visible from Wahler Place, SE. A concrete sidewalk runs in front of the townhouse, and the front door is white metal

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

MAY 21 2007

**YOU ARE HEREBY COMMANDED** to search on or before _____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 21 2007  9:52 am    at Washington, D.C.
Date and Time Issued

Alan Kay, United States Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 05/21/2007 | 5/22/07 6:00 A.M | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

**FILED**

MAY 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge or U.S. Magistrate Judge

5/30/07
Date

FD-597 (Rev 8-11-94) of _____

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) May 22, 2007

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) 1117 Wahler Place, SE

(City) Washington D.C.

Description of Item(s):
1. 2003 Day Planner; ~~Hip Hop Network~~
2. Hip Hop Network Portfolio
3. $500 check payable to Regional Title (Bank of America)
4. Bank of America Bank Statements
5. 401(k) Plan
6. Lafayette Credit Union - (Bank statements)
7. Home Purchase Agreement 1117 Wahler Place, SE
8. Bank of America statement
9. Andrews Federal Credit Union check
10. Homeowners Policy - 605 Chaney Rd, Grantsboro, NC
11. Copy of Appraisal - 605 Chaney Rd, Grantsboro, NC
12. Copy of 2006 Tax Return Carolyn Becton
13. ATM Receipts - Wachovia, Acct #
14. Wachovia Bank Statements - International Union
15. Sprint Cell Phone Bill (7/06 - 8/06)
16. Documents with Phone Numbers
17. 10 small blue ziplock bags - green leafy substance

Received By: _____ FBI WFO   Received From: _____
(Signature)                               (Signature)